UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kelly Bradley,
                Plaintiff(s),

v.

UnitedHealthcare Insurance Company,
                Defendant(s).

CASE NO. 3:16-cv-02591-JST

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR (*please identify process and provider*)  Private mediation with Keith Parker

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline   120 days

Dated: August 17, 2016                          /s/ Lisa S. Kantor
                                                              Attorney for Plaintiff
                                                              Lisa S. Kantor

Dated: August 17, 2016                          /s/ Elise D. Klein
                                                              Attorney for Defendant
                                                              Elise D. Klein

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

    ☒    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:  August 17, 2016



_____
UNITED STATES DISTRICT JUDGE
Jon S. Tigar

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."