Lisa S. Kantor, State Bar No. 110678
 lkantor@kantorlaw.net
Peter S. Sessions, State Bar No. 193301
 psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: 818.886.2525
Facsimile: 818.350.6272

Attorneys for Plaintiff
KELLY BRADLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY BRADLEY,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 3:16-cv-02591-JST<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED**, by and between Plaintiff Kelly Bradley and Defendant UnitedHealthcare Insurance Company, by and through their respective counsel of record, that this action shall be dismissed in its entirety with prejudice as to all parties.

Each party shall bear their own attorney's fees and costs.

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER

**IT IS SO STIPULATED**.

DATED: January 26, 2017                    KANTOR & KANTOR, LLP

                                           By:   /s/ Peter S. Sessions
                                                 Peter S. Sessions
                                                 Attorneys for Plaintiff
                                                 KELLY BRADLEY

DATED: January 26, 2017                    LEWIS BRJSBOIS BISGAARD & SMITH LLP

                                           By:   /s/ Elise D. Klein
                                                 Elise D. Klein
                                                 Attorneys for Defendant
                                                 UNITEDHEALTHCARE INSURANCE
                                                 COMPANY

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3), Peter S. Sessions hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

### [PROPOSED] ORDER FOR DISMISSAL
### OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice.  Each party shall bear its own fees and costs.

DATED: January 30, 2017                    _____
                                           JON S. TIGAR
                                           United States District Judge